# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID POWELL,**

      **Plaintiff,**

**v.**                                                           **Case No:   6:15-cv-550-Orl-22TBS**

**SPACE COAST CREDIT UNION,**

      **Defendant.**

## ORDER

This cause is before the Court on Defendant's Renewed Motion to Dismiss Courts III, IV, V, and VI of the Amended Complaint (Doc. No. 26) filed on July 24, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 23, 2015 (Doc. No. 37), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant's Renewed Motion to Dismiss Courts III, IV, V, and VI of the Amended Complaint is hereby **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2016.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record